546

Second Circuit granted. *Mr. Cletus Keating* for petitioner. *Mr. Theodore L. Bailey* for respondent.

No. 402. UNITED STATES *v.* GUARANTY TRUST CO. ET AL. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Solicitor General Hughes, Assistant to the Attorney General O'Brian,* and *Messrs. Claude R. Branch* and *Elmer B. Collins* for the United States. *Messrs. Joseph M. Hartfield, Edwin S. S. Sunderland, James H. McIntosh, Henry V. Poor, Charles Bunn, Warren S. Carter, Mortimer H. Boutelle,* and *Edward H. Blanc* for respondents.

No. 412. TODOK ET AL. *v.* UNION STATE BANK. October 21, 1929. Petition for writ of certiorari to the Supreme Court of Nebraska granted. *Messrs. Frank E. Edgerton* and *Norris Brown* for petitioners. *Mr. Frank D. Williams* for respondent.

No. 425. PANAMA MAIL STEAMSHIP CO. *v.* VARGAS. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Thomas A. Thatcher* for petitioner. *Mr. H. W. Hutton* for respondent.

No. 275. VESTA BATTERY CORP. *v.* UNITED STATES. October 21, 1929. Petition for writ of certiorari to the Court of Claims granted and the case advanced for argument with case No. 127 as one case. *Mr. George M. Morris* for petitioner. *Solicitor General Hughes, Assist-*